**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| ARTUR MELKUMOV,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>YA-MEI CHEN,<br><br>　　　　　　　Defendant. | Civil Action No. 25-00001 (GC)<br><br>**ORDER** |

**THIS MATTER** comes before the Court upon Defendant Ya-Mei Chen's Motion to Dismiss Plaintiff Artur Melkumov's Complaint under Federal Rules of Civil Procedure (Rules) 12(b)(1) and 12(b)(6). (ECF No. 15.) The Court has carefully considered the parties' submissions and decides the matter without oral argument pursuant to Rule 78(b) and Local Civil Rule 78.1(b). For the reasons set forth in the Court's accompanying Memorandum Opinion, and other good cause shown,

**IT IS** on this 22rd day of April, 2026 **ORDERED** as follows:

1. Defendant's Motion to Dismiss is **GRANTED** for lack of subject-matter jurisdiction.

2. Plaintiff's Complaint is **DISMISSED** without prejudice.

3. The Clerk's Office is directed to **TERMINATE** the Motion pending at ECF No. 15 and **CLOSE** this case.

GEORGETTE CASTNER
UNITED STATES DISTRICT JUDGE